ACCEPTED
15-24-00099-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/23/2025 3:38 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/23/2025 3:38:27 PM
CHRISTOPHER A. PRINE
Clerk



## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

LANORA C. PETTIT
Principal Deputy Solicitor General

(512) 463-2127
Lanora.Pettit@oag.texas.gov

January 23, 2025

**Via File&Serve Texas**

Christopher A. Prine, Clerk of Court
Fifteenth Court of Appeals

> Re: No. 15-24-00099-CV; *State of Texas v. Callanan, et al.*

Dear Mr. Prine:

I am writing to advise the Court of my withdrawal as counsel for Appellants the State of Texas, as I am leaving my employment with the Office of the Attorney General. Assistant Solicitor General, Benjamin W. Mendelson will remain counsel for the Appellant.

Respectfully submitted.

/s/ Lanora C. Pettit

Lanora C. Pettit
Principal Deputy Solicitor General

cc: all counsel of record (via electronic filing)

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nancy Villarreal on behalf of Lanora Pettit
Bar No. 24115221
nancy.villarreal@oag.texas.gov
Envelope ID: 96539392
Filing Code Description: Letter
Filing Description: 1232025 Callanen 15COA 152400099CV Attorney Withdrawal LCP
Status as of 1/23/2025 3:43 PM CST

Associated Case Party: Bexar County

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jose Herrera | 24073024 | Jose.Herrera@bexar.org | 1/23/2025 3:38:27 PM | SENT |
| Robert Piatt | 24041692 | robert.piatt@bexar.org | 1/23/2025 3:38:27 PM | SENT |
| Lisa Cubriel | 24045731 | Lisa.Cubriel@bexar.org | 1/23/2025 3:38:27 PM | SENT |
| Larry Roberson | 24046728 | lroberson@bexar.org | 1/23/2025 3:38:27 PM | SENT |
| Brittany Malloy | 24094574 | brittany.malloy@bexar.org | 1/23/2025 3:38:27 PM | SENT |
| Nicole O'Connor | | Nicole.O'Connor@bexar.org | 1/23/2025 3:38:27 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Maria Williamson | | maria.williamson@oag.texas.gov | 1/23/2025 3:38:27 PM | SENT |
| Athena Leyton | | athena.leyton@oag.texas.gov | 1/23/2025 3:38:27 PM | SENT |
| Toni Shah | | toni.shah@oag.texas.gov | 1/23/2025 3:38:27 PM | SENT |
| Mary Ann Ortegon | | maryann.ortegon@bexar.org | 1/23/2025 3:38:27 PM | SENT |

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Lanora Pettit | | lanora.pettit@oag.texas.gov | 1/23/2025 3:38:27 PM | SENT |
| Ben Mendelson | | Ben.Mendelson@oag.texas.gov | 1/23/2025 3:38:27 PM | SENT |